AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

JUL 1 3 2022


PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:22-mj-1110-RJ |
| | ) |
| JOSEPH MICHAEL WILSON | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 20, 2022__ in the county of __Lenoir__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of a quantity of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

*Michael Horn*
Complainant's signature

Michael Horn ATF SA
Printed name and title

On this day, __Michael Horn__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: __July 13 2022__

*[signature]*
Judge's signature

City and state: __Wilmington North Carolina__

ROBERT B. JONES JR. US Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Probable Cause Affidavit

I, Michael Horn (Affiant), having been duly sworn according to law, depose and state that:

1. This Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been since 2012. Prior to my assignment as a Special Agent with ATF, this Affiant was an ATF Task Force Officer while employed as a Detective with the Miami Gardens Police Department. This Affiant was employed with that department for five years and was also employed as a police officer with the Lauderhill Police Department for four years. This Affiant transferred from the Miami Field Division to the Charlotte Division, Wilmington Field Office on July 9, 2017.

2. During my tenure as a Special Agent and Task Force Officer, this Affiant participated in several federal investigations related to violations of the Controlled Substances Act and federal firearm laws. Affiant has also been involved in the investigation of several criminal gangs. These investigations have included search warrants, physical and electronic surveillance, controlled purchases, arrests of firearms violators, narcotics traffickers and gang members and interviews of persons involved in firearms and narcotics violations.

3. As a result of this Affiant's training and experience as an ATF SA, this Affiant is familiar with federal criminal laws including Title 21, United States Code, § 841(a)(1).

4. Information contained within this affidavit is based upon information from this Affiant's investigation, personal observations, training, and experience, and or information relayed to this Affiant by other law enforcement officers and or agents and reviewing their reports. This includes but is not limited to speaking with the arresting officer in this case and reviewing his report.

5. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning the investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

6. On June 20, 2022, the Kinston Police Department Narcotics Division conducted a controlled purchase of cocaine from JOSEPH MICHAEL WILSON (hereafter referred to as WILSON) also known as "Mike Mike".

7. The Kinston Police Department utilizing a confidential informant (hereafter referred to as CI) to conduct a controlled purchase of cocaine from WILSON at the location of 132 South Adkins Street Kinston, North Carolina.

8. The CI has been proven reliable based on several purchases made in the past which were recorded with audio and video. The CI has also provided information that has assisted law enforcement in the Kinston, North Carolina area.

Page 1 of 3



9. The CI and the CI's vehicle was searched by law enforcement and no illegal contraband or United States Currency was found. The CI was provided documented Kinston Police funds and a recording device to record the transaction.

10. The CI placed a recorded phone call to WILSON, during the recorded call the CI and WILSON discuss the amount to be purchased and location of the transaction.

11. The CI met WILSON in the area of 132 South Adkins Street, Kinston North Carolina. The CI obtained suspected cocaine from WILSON for $175.00. The encounter was audio and video recorded. WILSON can be seen on the recording.

10. The CI left the area following the controlled purchase and provided the Kinston Police Department with the purchased cocaine.

11. The Kinston Police Department conducted a field test of the purchased item which resulted in a positive test for cocaine. The approximate weight of the cocaine was 3 grams.

12. Based on the foregoing investigation, this Affiant has probable cause to believe that JOSEPH MICHAEL WILSON did commit violations of federal law, including 21 U.S.C. § 841(a)(1), distribution of a quantity of cocaine, a Schedule II controlled substance. I respectfully request that a criminal complaint warrant be issued for JOSEPH MICHAEL WILSON arrest.

(Remainder of the page intentionally left blank.)



13.     Based on the foregoing investigation, this Affiant has probable cause to believe that JOSEPH MICHAEL WILSON did commit violations of federal law, including 21 U.S.C. § 841(a)(1), distribution of a quantity of cocaine, a Schedule II controlled substance. I respectfully request that a criminal complaint warrant be issued for Joseph Michael WILSON arrest.

*Michael Horn*

MICHAEL HORN
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

On this 13 day of July, 2022, Michael Horn appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit.

HON. ROBERT B. JONES JR.
UNITED STATES MAGISTRATE JUDGE